# ELECTRONIC RECORD

COA #   03-13-00601-CR          OFFENSE:   22.021

STYLE:   Jose Godinez Matute v. The State of Texas          COUNTY:   Travis

COA DISPOSITION:   AFFIRMED          TRIAL COURT:   147th District Court

DATE: 11/26/14          Publish: NO   TC CASE #:   D-1-DC-12-202260

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Jose Godinez Matute v. The State of Texas          CCA #:   1617-14

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: ___04/22/2015___          SIGNED: _____     PC: _____

JUDGE: ___per curiam___          PUBLISH: _____     DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD